UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDAL HESTERLY,<br><br>        Plaintiff,<br><br>  v.<br><br>ACE HARDWARE CORPORATION, a Delaware corporation,<br><br>        Defendant. | No. 2:14-cv-02938-GEB-AC<br><br><br><br>**ORDER** |

The Court declines to sign the stipulation and proposed order filed on October 29, 2015, which concerns a confusing request to change the February 13, 2015 [status] order, in a manner that is impracticable in light of other dates prescribed in the order.

Dated: October 30, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1